FILED
AUG 0 7 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **09-CR-1576-GT** |
| Plaintiff, | ) | |
| v. | ) | |
| **JUAN D. RODRIGUEZ QUINONEZ,** | ) | **ORDER** |
| Defendant. | ) | (proposed) |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED** that the sentencing hearing in the above-entitled case, scheduled for August 13, 2009, at 9:00 a.m., be continued until September 24, 2009 at 9:00 a.m.

DATED _Aug. 7, 2009_  _____
HON. GORDON THOMPSON, JR.
U.S. DISTRICT JUDGE